No. 00–712. STEINBERGER v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–713. SARNO ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–714. SL SERVICE, INC., FKA SEA-LAND SERVICE, INC., ET AL. v. OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–716. LANG ET AL. v. KOHL'S FOOD STORES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–717. JEAN v. COLLINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–718. KNOWLTON v. BRANSFORD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–721. COFFEE ET AL. v. GENERAL MOTORS ACCEPTANCE CORP. C. A. 11th Cir. Certiorari denied.

No. 00–723. PARKER-BIGBACK v. ST. LABRE SCHOOL ET AL. Sup. Ct. Mont. Certiorari denied.

No. 00–724. VINSON v. MISSISSIPPI REAL ESTATE APPRAISAL LICENSING BOARD. Sup. Ct. Miss. Certiorari denied.

No. 00–726. GUPTA v. FLORIDA BOARD OF REGENTS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–727. FRIESE v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. 11th Cir. Certiorari denied.

No. 00–728. MIECHOWICZ v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 00–733. NICHOLAS ET AL. v. SAUL STONE & CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–734. MCDUFFIE, DBA D&M CONTRACTING CO. v. CITY OF JACKSONVILLE. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.